|   |   |
|---|---|
| 1 | BRIAN E. CLAYPOOL, Esq. SBN NO. 134674 |
| | THE CLAYPOOL LAW FIRM |
| 2 | 1055 East Colorado Boulevard, 5TH Floor |

BRIAN E. CLAYPOOL, Esq. SBN NO. 134674
THE CLAYPOOL LAW FIRM
1055 East Colorado Boulevard, 5TH Floor
Pasadena, California 91106
(626) 240-4616 - Telephone
(626) 240-4617 - Facsimile
becesq@aol.com

DALE K. GALIPO, ESQ., SBN 144074
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone (818) 347-3333
Facsimile (818) 347-4118
dalekgalipo@yahoo.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTI CARDENAS; CARLOS CARDENAS, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CRESCENT CITY; COUNTY OF DEL NORTE, CALIFORNIA, et al <br><br> Defendants. | CASE NO.  CV 08-04053 MHP <br><br> **[PROPOSED] ORDER RE STIPULATION TO CONTINUE STATUS CONFERENCE HEARING** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** based upon the

1
[Proposed] Order Re Stipulation to Continue Status Conference Hearing

stipulation of the parties that the status conference currently scheduled for April 8, 2009 be continued to April 20, 2009 at 4:00 p.m..

Dated: __4/6/09_____

_____
HONORABLE MARILYN H. PATEL
U.S. DISTRICT COURT JUDGE

*Judge Marilyn H. Patel*