BRIAN E. CLAYPOOL, Esq. SBN NO. 134674
THE CLAYPOOL LAW FIRM
1055 East Colorado Boulevard, 5TH Floor
Pasadena, California 91106
(626) 240-4616 - Telephone
(626) 240-4617 - Facsimile
becesq@aol.com

DALE K. GALIPO, ESQ., SBN 144074
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone (818) 347-3333
Facsimile (818) 347-4118
dalekgalipo@yahoo.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MISTI CARDENAS; CARLOS CARDENAS,<br><br>Plaintiff,<br><br>v.<br><br><br>CITY OF CRESCENT CITY; COUNTY OF DEL NORTE, CALIFORNIA, et al<br><br><br><br>Defendants. | CASE NO.  CV 08-04053 MHP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING** |

**TO THE COURT, TO ALL PARTIES AND TO THE ATTORNEYS**

**OF RECORD HEREIN:**

IT IS HEREBY STIPULATED between the parties by and through their respective attorneys of record that the Status Conference in this matter, currently scheduled for August 24, 2009 at 3:00 p.m. be continued to September 14, 2009 at 3:00 p.m. The parties are requesting a continuance of the status conference due to plaintiff's counsel Dale K. Galipo unavailability due to scheduling conflict having a dispositive motion hearing on the morning of August 24, 2009.  Plaintiff's counsel Brian E. Claypool is unavailable on another matter and not being able to attend the status conference. Both defense counsel, John M. Vrieze for the County of Del Norte and William D. Ayers for the City of Crescent City are on currently on vacation up to and including August 24, 2009

Dated: August 21, 2009

/s/
_____
BRIAN E. CLAYPOOL
Attorney for Plaintiffs

Dated: August 21, 2009

/s/
_____
JOHN M. VRIEZE
Attorneys for Defendant
County Del Norte

Dated: August 21, 2009

/s/
_____
WILLIAM D. AYRES
Attorneys for Defendant
City of Crescent City

BRIAN E. CLAYPOOL, Esq. SBN NO. 134674
THE CLAYPOOL LAW FIRM
1055 East Colorado Boulevard, 5TH Floor
Pasadena, California 91106
(626) 240-4616 - Telephone
(626) 240-4617 - Facsimile
becesq@aol.com

DALE K. GALIPO, ESQ., SBN 144074
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone (818) 347-3333
Facsimile (818) 347-4118
dalekgalipo@yahoo.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MISTI CARDENAS; CARLOS CARDENAS,<br><br>               Plaintiff,<br><br>     v.<br><br>CITY OF CRESCENT CITY; COUNTY OF DEL NORTE, CALIFORNIA, et al<br><br>               Defendants. | CASE NO.  CV 08-04053 MHP<br><br>**[PROPOSED] ORDER RE STIPULATION TO CONTINUE STATUS CONFERENCE HEARING** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** based upon the

stipulation of the parties that the status conference currently scheduled for August 24, 2009 be continued to September 14, 2009 at 3:00 p.m..

Dated: __8/24/2009_____



_____
HONORABLE MARILYN H. PATEL
U.S. DISTRICT COURT JUDGE