1    WILLIAM D. AYRES, SBN: 098901
     AYRES & ASSOCIATES
2    930 Executive Way, Suite 200
     Redding, CA 96002
3    Telephone: (530) 229-1340
     Facsimile: (530) 229-1345
4

5    Attorneys for Defendants CITY OF
     CRESCENT CITY and OFFICER JUSTIN GILL

6

7                          UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| MISTI CARDENAS, an individual and CARLOS CARDENAS, an individual,<br><br>         Plaintiffs,<br><br>   vs.<br><br>CITY OF CRESCENT CITY, CALIFIORNIA, a political subdivision of the State of California; COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California; JUSTIN GILL, and individual, and DOES 1 through 10, inclusive,<br><br>         Defendants. | **Case No.: CV-08-4053**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

       TO THE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

       IT IS HEREBY STIPULATED between the parties by and through their respective attorneys of record that the Status Conference in this matter originally scheduled for August 24, 2009, and rescheduled by stipulation on August 25, 2009, to September 14, 2009, further be continued to September 28, 2009, at 3:00 p.m.

1

---

Cardenas v. City of Crescent City: Stip/Prop Order re Cont. Status Conf

The parties are requesting a continuance of the status conference based on the fact that William D. Ayres, attorney for Defendants CITY OF CRECENT CITY and JUSTIN GILL, is unavailable on September 14, 2009, due to a scheduling conflict, specifically, depositions of key witnesses regarding liability of Mr. Ayres' client in a wrongful death case had already been set for September 14, 2009.

Dated: September 2, 2009 _____/s/_____
WILLIAM AYRES
Attorneys for Defendants
CITY OF CRESCENT CITY and OFFICER JUSTIN GILL

Dated:  September 2, 2009 _____/s/_____
BRIAN CLAYPOOL
Co-Counsel for Plaintiffs

Dated: September 2, 2009 _____/s/_____
DALE GALIPO
Co-Counsel for Plaintiffs

Dated: September 2, 2009 _____/s/_____
JOHN VRIEZE
Attorney for Defendant
COUNTY OF DEL NORTE

Cardenas v. City of Crescent City: Stip/Prop Order re Cont. Status Conf

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTI CARDENAS, an individual and CARLOS CARDENAS, an individual,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF CRESCENT CITY, CALIFIORNIA, a political subdivision of the State of California; COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California; JUSTIN GILL, and individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | **Case No.:   CV-08-4053**<br><br>~~[PROPOSED]~~ **ORDER RE STIPULATION TO CONTINUE STATUS CONFERENCE HEARING** |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED based upon the stipulation of the parties, that the Status Conference currently scheduled for September 14, 2009, be continued to September 28, 2009, at 3:00 p.m.

Dated:  __September 2__, 2009      _____
　　　　　　　　　　　　　　　　　　　　HONORABLE MARILYN H. PATEL
　　　　　　　　　　　　　　　　　　　　Judge, U.S. District Court

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

3

Cardenas v. City of Crescent City: Stip/Prop Order re Cont. Status Conf