1  WILLIAM D. AYRES, SBN: 098901
   AYRES & ASSOCIATES
2  1330 West Street, Suite C
   Redding, CA 96001
3  Telephone: (530) 229-1340
   Facsimile: (530) 229-1345

4
   Attorneys for Defendants CITY OF
5  CRESCENT CITY and OFFICER JUSTIN GILL

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11
   MISTI CARDENAS, an individual and        Case No.:   CV-08-4053
12  CARLOS CARDENAS, an individual,

13          Plaintiffs,                      STIPULATION OF DISMISSAL
                                             AND ORDER
14
            vs.
15
   CITY OF CRESCENT CITY,
16  CALIFIORNIA, a political subdivision of the
   State of California; COUNTY OF DEL
17  NORTE, CALIFORNIA, a political
   subdivision of the State of California; JUSTIN
18  GILL, and individual, and DOES 1 through
   10, inclusive,
19
20
            Defendants.
21

22

23          IT IS HEREBY STIPULATED by and between the parties to this action through their

24  designated counsel that all causes of action brought by Plaintiff CARLOS CARDENAS be

25  dismissed *with* prejudice pursuant to FRCP 41(a)(1) with each of the parties to bear their own

26  cost and attorney's fees.

27

28  ///

                                        1

RECEIVED JUN 14 2010

### FACTUAL RECITATION

At an early stage of discovery in this case, the parties stipulated that CARLOS CARDENAS would dismiss his causes of action/claims and would no longer be a Plaintiff in this case.   Discovery against the claims of Mr. Cardenas were then abandoned.  The court has been advised at Case Management Conferences that Mr. Cardenas should be dismissed from the case.

### STIPULATION

The parties, through their counsel, hereby stipulate and agree that the Court should issue an Order dismissing all of the causes of action and claims by Carlos Cardenas and remove him as a Plaintiff from this case.

Dated: May 31, 2010

_____
BRIAN CLAYPOOL, ESQ.
Attorney for Plaintiff


Dated: May 31, 2010

_____
DALE GALIPO, ESQ.
Attorney for Plaintiff


Dated: May ____, 2010

_____
WILLIAM D. AYRES
Attorney for Defendants
CITY OF CRESCENT CITY and
OFFICER JUSTIN GILL


Dated: May ____, 2010

_____
JOHN VRIEZE, ESQ.
Attorney for Defendant
DEL NORTE COUNTY

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MISTI CARDENAS, an individual and
CARLOS CARDENAS, an individual,

       Plaintiffs,

       vs.

CITY OF CRESCENT CITY, CALIFIORNIA,
a political subdivision of the State of
California; COUNTY OF DEL NORTE,
CALIFORNIA, a political subdivision of the
State of California; JUSTIN GILL, and
individual, and DOES 1 through 10, inclusive,

       Defendants.

Case No.:  CV-08-4053

ORDER

### ORDER

It is hereby Ordered that all causes of action and claims by Plaintiff Carlos Cardenas in this matter are dismissed and Plaintiff Carlos Cardenas is therefore removed from this case.

June 21, 2010
Dated: ~~May~~ _____, 2010



IT IS SO ORDERED

Judge Marilyn H. Patel

Cardenas v. City of Crescent City: Stipulation of Dismissal and Order