UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MISTI CARDENAS,

        Plaintiff(s),

vs.

JUSTIN GILL,

        Defendant(s).
_____/

No. C-08-04053 MHP

**ORDER TO SHOW CAUSE RE DISMISSAL**

      On September 7, 2010, a pretrial conference was held in this matter. None of the required pretrial filings have been filed by plaintiff and no appearance by or on behalf of the plaintiff was made. Nor was there any request by plaintiff for a continuance or any notice to this court or to opposing counsel regarding the failures to file and appear.

      This matter was filed on August 25, 2008. Motions have been heard and resolved. The schedule for pretrial and trial was established at the Case Management Conference ("CMC") on September 28, 2009. At that conference trial was set for September 28, 2010, and pretrial was set for September 7, 2010 at 2:30pm. Along with the minutes of that CMC, the courtroom deputy filed the instructions for pretrial preparation on ECF, and, thus, they were available to all counsel. Those instructions explained the filings required for the pretrial. Defendant filed its timely submissions. None were received from plaintiff

Defendant's counsel appeared at the pretrial. As stated above, plaintiff's attorney failed to appear. Therefore,

Plaintiff's trial counsel, Brian E. Claypool, is hereby **ORDERED** to appear on Tuesday, **September 28, 2010**, at 9:00 a.m. in Courtroom No. 15 on the 18th floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, **TO SHOW CAUSE** why this action should not be dismissed with prejudice for failure to appear and to obey an order of this court and for failure to prosecute this action.

Counsel Claypool is further **ORDERED TO SHOW CAUSE** why he should not personally pay the attorneys' fees, costs and expenses incurred by defendant in preparation for and attendance at the pretrial. In anticipation of the hearing defendant's counsel shall submit a declaration re such fees, costs and expenses.

IT IS SO ORDERED.

Date: September 8, 2010

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California

2