UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTI CARDENAS, an individual and<br><br>Plaintiffs,<br><br>vs.<br><br>JUSTIN GILL,<br><br>Defendants. | **Case No.:   CV-08-4053**<br><br>**ORDER RE HEARING ON<br>ORDER TO SHOW CAUSE** |

This matter came before the Honorable Marilyn Hall Patel on September 28, 2010, for hearing on an Order to Show Cause against Plaintiff MISTI CARDENAS and her attorney Brian Claypool. **Plaintiff's attorney failed to appear or otherwise respond. Therefore,**

IT IS HEREBY ORDERED that Plaintiff's case be dismissed with prejudice.

///

///

///

1

_____
Cardenas v. City of Crescent City: Order re OSC

IT IS FURTHER ORDERED that Plaintiff's counsel pay for costs incurred by Defense counsel as listed in the Declaration of William D. Ayres Regarding Costs and Attorney's Fees Incurred With Respect to the Pre-Trial Conference, to wit: $5,929.54, filed on September 13, 2010.

Dated:   January 4, 2011  , ~~2010~~

                                                          HONORABLE MARILYN HALL PATEL

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Approved as to form:

_____
Brian Claypool, Esq.